IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COVENANT PARTNERS, L.P.<br><br>GARY F. SEITZ,<br>*as Chapter 7 Trustee for the Estate of Debtor Covenant Partners, L.P.,*<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM B. FRETZ, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 17-0052 |

## **ORDER**

**AND NOW**, this 13th day of September 2018, in accordance with the Opinion of the Court issued this day and following the bench trial held before this Court on January 22-25, 2018, it is **ORDERED** as follows:

1. Judgment is entered in favor of Defendants William B. Fretz, Jr. and John P. Freeman and against Plaintiff Gary F. Seitz, as Chapter 7 Trustee for the Estate of Debtor Covenant Partners, L.P., on Plaintiff's Adversary Complaint for Breach of Fiduciary Duty (Bankruptcy Adversary No. 16-00226, Doc. No. 1).

2. Defendants' Motion *in Limine* to Preclude Securities and Exchange Commission (SEC) Offers of Settlement (Bankruptcy Adversary No. 16-00226, Doc. No. 64) is **DENIED** as moot.

3. Defendants' Motion *in Limine* to Bar Evidence from the Securities and Exchange Commission and Evidence of the Trustee's Damages (Bankruptcy Adversary No. 16-00226, Doc. No. 66) is **GRANTED**.

4. Defendants' Motion *in Limine* to Preclude Frorer Hearsay Statements (Bankruptcy Adversary No. 16-00226, Doc. No. 68) is **DENIED**.

5. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.